# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **CV 18-8053-VBF (PLA)**  Date: **December 10, 2018**

Title:  **Victor Lee Severance v. State of California, et al.**

---

**PRESENT:** THE HONORABLE  **PAUL L. ABRAMS**
**UNITED STATES MAGISTRATE JUDGE**

| **Christianna Howard** | **N/A** | **N/A** |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**  **ATTORNEYS PRESENT FOR DEFENDANT(S):**
NONE  NONE

**PROCEEDINGS:** (IN CHAMBERS)

Pursuant to this Court's Order of September 20, 2018, plaintiff was ordered to pay an initial partial filing fee of $5.00 within thirty (30) days of the date of the order (i.e., by October 22, 2018). The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than January 10, 2019, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **January 10, 2019**, shall be deemed compliance with this Order to Show Cause.

cc:  Victor Lee Severance, pro se

Initials of Deputy Clerk  ch