# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| VICTOR LEE SEVERANCE, | No. LA CV 18-08053-VBF-PLA |
| Plaintiff, | **ORDER** |
| v. | **Adopting Report & Recommendation:** |
| WU CHENG, JONG J. LEE, SCOTT STOVALL R.N., et al., | **Dismissing the TAC With Prejudice;** **Directing Entry of Separate Judgment;** **Terminating the Case (JS-6)** |
| Defendant(s). | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint ("SAC") filed January 23, 2019 (CM/ECF Document ("Doc") 31) and the February 14, 2019 Order Dismissing the SAC Without Prejudice (Doc 32); the Third Amended Complaint ("TAC") filed March 11, 2019 (Doc 33); the Magistrate Judge's March 20, 2019 Report and Recommendation ("R&R"), plaintiff's timely April 3, 2019 objections to the R&R, and the applicable law. Defendants did not respond to the objections within the time allotted by Fed. R. Civ. P. 72(b). The Court has engaged in de novo review of those portions of the R&R to which plaintiff has specifically objected and finds that the objections do not undermine the R&R's analysis and do not merit discussion.

Finding no error of law, fact, or logic in the R&R, the Court will accept the Magistrate Judge's findings and conclusions and implement his recommendations. Accordingly:

Petitioner Severance's timely April 3, 2019 objection **[Doc #36] is OVERRULED**.

| | |
|---|---|
| 1 | The Magistrate Judge's Report and Recommendation **[Doc #35] is ADOPTED**. |
| 2 | The Third Amended Complaint **[Doc #] is DISMISSED with prejudice**. |
| 3 | Final judgment shall be entered consistent with this Order and the R&R. |
| 4 | This case shall be **TERMINATED** (JS-6). |

Dated: May 31, 2019

*Valerie Baker Fairbank*
_____
Hon. Valerie Baker Fairbank
Senior United States District Judge