JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| VICTOR LEE SEVERANCE, | ) | No. LA CV 18-08053-VBF-PLA |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| WU CHENG, JONG J. LEE, SCOTT STOVALL R.N., et al., | ) | |
| Defendant(s). | ) | |

Final judgment is hereby entered in favor of all defendants and against plaintiff **Victor Lee Severance**. IT IS SO ADJUDGED.

Dated: May 31, 2019

_____
HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE